IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-02688-CNS-STV | Date: December 14, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LAURI LITTLEWOOD<br>**Plaintiff**<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP<br>**Defendant** | *John Harrington Jr.*<br><br><br><br><br>*M. Scott McIntyre*<br>*Nathan Schacht* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel.

Argument as to [19] Motion to Dismiss Plaintiff's Complaint and Jury Demand given by Mr. McIntyre and Mr. Harrington with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED: [19] Motion to Dismiss Plaintiff's Complaint and Jury Demand is DENIED.**

**Parties are to contact Magistrate Judge Varholak's chambers within 14 days to reset the scheduling conference.**

The Court outlines its practice standards as to settlement conference with Magistrate Judge Varholak and case timeline.

Court in Recess: 9:59 a.m.        Hearing concluded.        Total time in Court: 00:59